**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TRACIE RENAE SINGH,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, JOSEPH B. EDLOW, THOMAS SCHUURMANS, and UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF MISSOURI,**<br><br>**Defendants.** | **)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)**<br>**)** | **Case No. 2:26-cv-04116-MDH** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal in which Plaintiff voluntarily dismisses the instant action without prejudice, with each side to bear its own fees and costs. (Doc. 11).

WHEREFORE, upon review of the record, the Court hereby dismisses this case in its entirety, without prejudice, and with each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 24, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**